## Exhibit A to the Complaint

**Location:** Brooklyn, NY  
**Total Works Infringed:** 31  
**IP Address:** 100.2.147.54  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B0B73F7A0F68AE2A0BF8B9FA747E49B3D635D382<br>File Hash: 572AC2FA53AA57847D04D3147E9003F1DD21A6BDB57EB637CC29D4185D2B09E4 | 11-10-2021 06:34:59 | Tushy | 11-07-2021 | 11-11-2021 | PA0002321317 |
| 2 | Info Hash: BA7A1F5314DDD128DFFA59A89CE4616725771DB3<br>File Hash: D736154EDAFD7AE8968AE5AAE4A3980E686BB2AA3B0A618011D0469016A74ADE | 11-08-2021 06:09:53 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 3 | Info Hash: BF56C996908BB1526FAFF9637F59C8CB541FE7DA<br>File Hash: 698076218FBAC8B4C49A290F1C2806D3B6A2600C8A1FEBE0F0BB25EA5D84A6F6 | 11-02-2021 05:03:40 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 4 | Info Hash: C33B3A3FB83FABA1347936E07185ACAC4012DD5C<br>File Hash: EFC126FCAABA73044C010718C1D4D5D4BAD0F598ADFB5DAB4AA13DE4109927CF | 10-28-2021 05:23:50 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 5 | Info Hash: 7012EC3C7C413CB0536E00EB1C840A5E26DE92B6<br>File Hash: 049F3318005FAD7775856319649CC208159DFA975FCA1B21A575990FC7B8B882 | 10-14-2021 21:54:54 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 6 | Info Hash: EFAC9203F98A2CEB889098FA318A1D7153657E8C<br>File Hash: 157B62410347A2B4953C9366DB2207E09176F91C5E705363D8A84442291D0EF2 | 10-14-2021 20:49:32 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 7 | Info Hash: 357FD0B403442F71DB4E919C19B8D5B7BFE36B47<br>File Hash: 1BFBA810BB597EBD985C75D6DAAAF7AF686878C5C5275A93C0387FDC2E8865CB | 10-08-2021 07:18:00 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 8 | Info Hash: 52B9D293E5C076E6B053806889E0AFA757E91870<br>File Hash: 12CE8AC0D3BB3367B2E53C845B205182D69632225A9EFC7E92D7D1DF0E9E8820 | 10-02-2021 06:13:20 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 67182DA26F0A55B977B6B7A4522AD2DA92816CA6<br>File Hash: D335B0D1231B2EF71B2B41B7BC9C6BF695E9B04158A2748ADC09C169E6DF29FC | 10-02-2021 06:01:46 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 10 | Info Hash: 103413E4C5A99436E65DA5AD48EBAEC6C0F9318E<br>File Hash: 361F59F96C528885FB2E86C666D9829D4156BBF6F985E6AA085BC4081B8086DE | 09-21-2021 05:23:06 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 11 | Info Hash: 676C86EB1799F934A0A9336F2A4B78FFE58BDDBA<br>File Hash: 1D9507FD98887A21066C990724315E4541FD0854AD90E52C154F49C2BE67B6F6 | 09-18-2021 01:45:29 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 12 | Info Hash: 9F95C12987C04E742F685B8F678873E48C80C72F<br>File Hash: 6BDEA14459166CC9D28D9AF6D43EB08688459D50F14854123BB0F8FBAEAAD0E4 | 09-17-2021 20:09:33 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 13 | Info Hash: BC56F83209A6EACC873D0DF0F7F89DE072F64235<br>File Hash: 2334FFB84C15582D1F3D7054C16C996E10A3FB6B61D94C71A0645B8A5058F270 | 09-17-2021 19:52:58 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 14 | Info Hash: 79EB18A80F8F7B70B6FC858C3BFEB0A8370A4750<br>File Hash: 396B87E2FEA3DF0FB8D82C85F5E46D2E71751FD042162C4D755BC4793A645C9F | 09-15-2021 22:14:27 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 15 | Info Hash: 2EF97AECCC38D98DF6E085555175D3FDA731DDC2<br>File Hash: 7B7DF98DFE749A8BE2F770AD918830899CECC0297FE4C9D9934926CF046C0757 | 09-06-2021 06:18:36 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 16 | Info Hash: 2A55557212AA771466277CD929C3C3D0A35D7C97<br>File Hash: 8A90A50752969B6F16E0F6863AD98F83CCBC3C49C4545FDB482708952E318D6E | 09-03-2021 04:43:37 | Blacked | 10-07-2019 | 10-21-2019 | PA0002207742 |
| 17 | Info Hash: E7552B1E1BC2A51DFA06BE24481DCDADE4532FC7<br>File Hash: 255D82545BA250B81F474E18B67FE5BF93FC260705250522098F388A7C305604 | 08-30-2021 06:08:42 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 70769081502197B6122C2F5D785022F2D4949913<br>File Hash: A53C51D6D94021AED6FD5840A6FCE2482C415E930632D31DE83681FE2D132C14 | 08-23-2021 20:04:58 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 19 | Info Hash: 3626E37B98E6B3B07FCA8413F31B4B5010AF36A0<br>File Hash: 7209B9CB5CF161ED01492534490C4F80DEF5D69EEA452978FB71FEA61DAF32DD | 08-17-2021 05:08:57 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |
| 20 | Info Hash: DC9B184B0794128A7802B12C46E1ECE03FFDF96A<br>File Hash: EA0F59360739D5BA8F98977F24FACCB82575395C1BC8CB937E84128686407806 | 08-16-2021 17:40:54 | Vixen | 08-13-2021 | 09-08-2021 | PA0002316101 |
| 21 | Info Hash: 521D2E73CE0DA0B516738A6276A6A400F4B9320F<br>File Hash: 4BC9AB12814A10EC0C4EEB8E31A7FD52977C0B54281D9416A6402F45123C5F75 | 08-10-2021 22:20:38 | Tushy | 08-08-2021 | 09-08-2021 | PA0002316099 |
| 22 | Info Hash: FF33CF6FF4B574620231F6754A96C214F9938050<br>File Hash: C35BDD3A3D02B816AE954BD8BA110E164655B2CB5AF729619A9F26FA03E8B4D4 | 07-26-2021 04:48:52 | Tushy | 07-25-2021 | 08-20-2021 | PA0002312005 |
| 23 | Info Hash: BEE9C0B1CE565E86EC1E7086AD08FCE4919BE35C<br>File Hash: 38510FCDEEE5AF5440C8A20E97573C352391FA34E94A5AD06A52E9708738B920 | 07-19-2021 05:42:20 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 24 | Info Hash: 31524D6F150D0602C2264F65ABC600230D982467<br>File Hash: F3924B555A394239A2E59176A1FFCC5E5484C258A9825626F460E6CA44E55BB3 | 07-19-2021 05:23:27 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 25 | Info Hash: 643DD50B33A81DF75C5B7DD8D7866E07FD9DFC17<br>File Hash: 77BC0123052B599BAAD164A646A2EE852B2B2EB3CB2B564307EA54FF47FA1650 | 07-10-2021 19:29:50 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |
| 26 | Info Hash: A1FAB24619C5FDB3A2B15C95D63609E984CB3F13<br>File Hash: 5BE5CE80A4F01B794E2C707DC909D05E8B489D9288EE52853E67C60032D1F363 | 07-07-2021 05:42:01 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: DC1E6B6B859858F18C13DA01399171E5E91C197F<br>File Hash: D787A99B81D43374C14F4D77E90C79DAA308918684AEA6AAFF8034782DF0B8CD | 07-07-2021 05:39:17 | Vixen | 06-25-2021 | 08-20-2021 | PA0002312014 |
| 28 | Info Hash: 861DA4B2A6F29EDFC4DF8F7EB46D40130F4D579E<br>File Hash: 687ED786E9B1949BEE8ED0C540FA4B8996011B12AD76A9608482BCAB9C6A64B7 | 07-07-2021 05:27:22 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |
| 29 | Info Hash: 60F18AC1EA37D85F5F3C247B27BB5AE3E9D8B864<br>File Hash: EEA4DE3745C064D84C1EE9A20305439DFD94517DDAC0C5ED1C2A635809EDC6CA | 06-09-2021 04:55:50 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 30 | Info Hash: 8372BF892F2583727F9A37ECEC92B7041A0D5FAD<br>File Hash: 088ECC22A0A94E20695153E24B6BEED96ADDFA16E447253AB1BA2D3A87861208 | 06-07-2021 05:52:02 | Blacked Raw | 05-17-2021 | 06-03-2021 | PA0002299687 |
| 31 | Info Hash: EDCB09F21B3F97AA08CAE529F52B823CD62CDE18<br>File Hash: A24AD69EC449D2087F119FCBB2A1E3DE64BB667FDD79119F37BC8C4C877652D9 | 05-27-2021 03:46:03 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |